QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
  865 South Figueroa Street, 10th Floor
  Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
  Facsimile: (213) 443-3100

  Marc Greenwald (Bar No. 176072)
  marcgreenwald@quinnemanuel.com
  51 Madison Avenue, 22nd Floor
  New York, New York 10010
  Telephone: (212) 849-7000
  Facsimile: (212) 849-7100

*Attorneys for K-4 Oil, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| K-4 OIL, LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>SCOTT WOOD,<br><br>             Defendant. | **COMPLAINT**<br><br>Case No. _____<br><br><br>Trial Date:        None Set |

Plaintiff K-4 Oil, LLC ("K-4"), on information and belief, alleges against Defendant Scott Wood ("Wood") the following:

I.    **NATURE OF THE CLAIMS**

1.    This is a breach of contract case to collect on three promissory notes issued to Defendant Wood.

2.    On May 6 and May 7 of 2021, K-4, the holder of all three of the promissory notes, demanded payment from Wood.

3.    Each of the notes provides that they be fully and immediately payable upon demand.

4.    Despite K-4's demand, however, Wood has refused to repay the notes, necessitating this action.

II.    **PARTIES**

5.    Plaintiff K-4 is a limited liability company organized under the laws of the State of Delaware.  The sole member of K-4 Oil, LLC is Svati Limited, a Bahamas corporation with its principal place of business in the Bahamas.  Thus, K-4 is a citizen of the Bahamas.

6.    Defendant Wood is, upon information and belief and based on statements made in the March 26, 2021 Second Amended Complaint in *Wood v. NewBridge Resources Group, LLC et al.*, Case No. 2:20-CV-10865-VAP-AGR (C.D. Cal.), ECF No. 36, a citizen of California and a resident of Santa Barbara County.

III.    **JURISDICTION AND VENUE**

7.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because it is a civil action where the matter in controversy exceeds $75,000, exclusive of interest and costs, and it is between a citizen of a foreign state and a citizen of the state of California.

8.      Each of the promissory notes which forms a basis for this action has a face value above $75,000, and collectively the notes have a face value of $590,000.

9.      This Court has personal jurisdiction over Scott Wood because he is a resident of Santa Barbara County.

10.     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(1) because it is the district in which Wood, the sole defendant in this action, resides.

IV.     **ALLEGATIONS**

**The Issuance of the Notes.**

A.      **The September 2019 Note**

11.     On September 20, 2019, Wood and Bootes Limited ("Bootes") executed a promissory note for the value of $250,000 (the "September 2019 Note").  The September 2019 Note is attached hereto as Exhibit A.

12.     The September 2019 Note provides that "[t]he entire unpaid amount of principal and interest shall be fully and immediately payable UPON DEMAND of any holder hereof."

13.     Paragraph 9 of the September 2019 Note provides that Bootes "may assign or transfer this Note to any other party upon written notice to [Wood]."

14.     The September 2019 Note also provides that the parties "agree[d] that interest shall accrue on this Note at a rate per annum equal to eight percent (8%) (the 'Interest Rate') compounded monthly.  Until this Note is paid in full, all interest under this Note shall continue to accrue in accordance with this Note and be paid even after maturity, acceleration, recovery of judgment, or the happening of any event or occurrence similar or dissimilar."

B.      **The December 2019 Note**

15.     On December 31, 2019, Wood and K-4 executed a promissory note for the value of $140,000 (the "December 2019 Note").  The December 2019 Note is attached hereto as Exhibit B.

16.     The December 2019 Note provides that "[t]he entire unpaid amount of principal and interest shall be fully and immediately payable UPON DEMAND of any holder hereof."

17.     The December 2019 Note also provides that the parties "agree[d] that interest shall accrue on this Note at a rate per annum equal to eight percent (8%) (the 'Interest Rate') compounded monthly.  Until this Note is paid in full, all interest under this Note shall continue to accrue in accordance with this Note and be paid even after maturity, acceleration, recovery of judgment, or the happening of any event or occurrence similar or dissimilar."

C.     **The January 2020 Note**

18.     On January 29, 2020, Wood and K-4 executed a promissory note for the value of $200,000 (the "January 2020 Note").  The January 2020 Note is attached hereto as Exhibit C.

19.     The January 2020 Note provides that "[t]he entire unpaid amount of principal and interest shall be fully and immediately payable UPON DEMAND of any holder hereof."

20.     The January 2020 Note also provides that the parties "agree[d] that interest shall accrue on this Note at a rate per annum equal to eight percent (8%) (the 'Interest Rate') compounded monthly.  Until this Note is paid in full, all interest under this Note shall continue to accrue in accordance with this Note and be paid even after maturity, acceleration, recovery of judgment, or the happening of any event or occurrence similar or dissimilar."

21.     Each of the notes provides that it shall be governed by the laws of the State of Texas.

**The Transfer of the September 2019 Note to K-4, and K-4's Demand.**

22.     On May 6, 2021, pursuant to Paragraph 9 of the September 2019 Note, a representative of Bootes provided written notice to Wood that the September 2019 Note was being transferred to K-4.  The letter providing notice to Wood is attached hereto as Exhibit D.

23.    On that same day, a representative of K-4 demanded that Wood pay the principal and accrued interest of the December 2019 Note and the January 2020 Note.

24.    On May 7, 2021, a representative of K-4 demanded that Wood pay the principal and accrued interest of the September 2019 Note.

25.    As of the date of the demand, the total amount due for the September 2019 Note was $283,640.40.

26.    As of the date of the demand, the total amount due for the December 2019 Note was $155,703.74.

27.    As of the date of the demand, the total amount due for the January 2020 Note was $220,960.

28.    Wood did not respond to the demands for payment.

29.    On May 18, 2021, K-4 informed Wood that he was in breach of his obligations under the notes and stated that it would enforce its rights if Wood did not repay the notes by May 25, 2021.

30.    Wood failed to repay the notes, and the interest accrued thereon, nor did he respond to K-4's demand.

### FIRST CAUSE OF ACTION
### (Breach of Contract – September 2019 Note)

31.    Wood signed and agreed to the September 2019 Note.

32.    The September 2019 Note was a valid and binding contract between Bootes and Wood.

33.    The September 2019 Note provides that "[t]he entire unpaid amount of principal and interest shall be fully and immediately payable UPON DEMAND of any holder hereof."

34.    On May 6, 2021, Bootes transferred its interest in the September 2019 Note to K-4 pursuant to Paragraph 9.

35.    K-4 is the legal owner and holder of the September 2019 Note. Bootes and K-4 have performed all of their obligations under the contract.

36.    On May 7, 2021, K-4 demanded that Wood pay the principal and interest accrued on the September 2019 Note.

37.    Wood has not paid the amounts owed under the September 2019 Note.

38.    K-4 has stated a claim to recover under the September 2019 Note under the laws of the State of Texas, and is entitled to recover the $250,000 principal amount plus all accrued interest.

## SECOND CAUSE OF ACTION
### (Breach of Contract – December 2019 Note)

39.    Wood signed and agreed to the December 2019 Note.

40.    The December 2019 Note was a valid and binding contract between K-4 and Wood.

41.    The December 2019 Note provides that "[t]he entire unpaid amount of principal and interest shall be fully and immediately payable UPON DEMAND of any holder hereof."

42.    K-4 is the legal owner and holder of the December 2019 Note. K-4 has performed all of its obligations under the contract.

43.    On May 6, 2021, K-4 demanded that Wood pay the principal and interest accrued on the December 2019 Note.

44.    Wood has not paid the amounts owed under the December 2019 Note.

45.    K-4 has stated a claim to recover under the December 2019 Note under the laws of the State of Texas, and is entitled to recover the $140,000 principal amount plus all accrued interest.

## THIRD CAUSE OF ACTION
### (Breach of Contract – January 2020 Note)

46.    Wood signed and agreed to the January 2020 Note.

47.    The January 2020 Note was a valid and binding contract between K-4 and Wood.

48.     The January 2020 Note provides that "[t]he entire unpaid amount of principal and interest shall be fully and immediately payable UPON DEMAND of any holder hereof."

49.     K-4 is the legal owner and holder of the January 2020 Note.  K-4 has performed all of its obligations under the contract.

50.     On May 6, 2021, K-4 demanded that Wood pay the principal and interest accrued on the January 2020 Note.

51.     Wood has not paid the amounts owed under the January 2020 Note.

52.     K-4 has stated a claim to recover under the January 2020 Note under the laws of the State of Texas, and is entitled to recover the $200,000 principal amount plus all accrued interest.

## JURY DEMAND

53.     Plaintiff demands a jury trial on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff K-4 respectfully requests that this Court enter judgment against Defendant Wood for the following:

A.      Actual damages arising out of Wood's breach of his obligations under the September 2019 Note, including payment of the principal amount of $250,000 and all interest accrued thereon;

B.      Actual damages arising out of Wood's breach of his obligations under the December 2019 Note, including payment of the principal amount of $140,000 and all interest accrued thereon;

C.      Actual damages arising out of Wood's breach of his obligations under the January 2020 Note, including payment of the principal amount of $200,000 and all interest accrued thereon;

D.      Attorneys' fees and costs incurred in this Action;

E.      Pre-judgment interest on all such damages; and

1    F.    For such other relief as the Court deems just and proper.

2

3    Dated: May 28, 2021              Respectfully submitted,

4                                     QUINN EMANUEL URQUHART
                                      & SULLIVAN, LLP
5
                                      */s/ Marc Greenwald*
6                                     Marc Greenwald
                                      Bruce E. Van Dalsem
7
8                                     QUINN EMANUEL URQUHART
                                      & SULLIVAN, LLP
9                                     Marc Greenwald (Bar No. 176072)
                                      marcgreenwald@quinnemanuel.com
10                                    51 Madison Avenue, 22nd Floor
                                      New York, New York 10010
11                                    Telephone:  (212) 849-7000
                                      Facsimile:     (212) 849-7100
12
13                                    Bruce E. Van Dalsem (Bar No. 124128)
                                      brucevandalsem@quinnemanuel.com
14                                    865 South Figueroa Street, 10th Floor
                                      Los Angeles, California 90017-2543
15                                    Telephone:     (213) 443-3000
                                      Facsimile:     (213) 443-3100
16
17                                    *Attorneys for Plaintiff K-4 Oil, LLC*

18

19

20

21

22

23

24

25

26

27

28